# EXHIBIT D



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Job #: | 120531SMC |
| Job Date: | 05/31/2012 |
| Order Date: | 05/31/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Rebill

| | |
|---|---|
| Rebill Date: | 10/01/2012 |
| Invoice #: | 506642 |
| Inv. Date: | 06/11/2012 |
| Balance: | $170.60 |

**Bill To:**
Mr. Jason R. Mathers
Harvey Kruse, P.C.
1050 Wilshire Drive
Suite 320
Troy, MI 48084

| | |
|---|---|
| Action: | APB Associates, Inc. |
| | vs |
| | Bronco's Saloon, Inc., et al |
| Action #: | 2:09-cv-14959-SF |
| Rep: | SMC |
| Cert: | 1412 |

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | | $25.00 |
| 2 | Patricia Becker | Original Transcript incl. e-trans | Pages | 32 | | $130.60 |
| 3 | | Document Imaging | Total | 1.00 | | $15.00 |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $170.60 |
| Tax | N/A |
| **Total Invoice** | **$170.60** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$170.60** |

Federal Tax I.D.: 38-3231100    Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jason R. Mathers
Harvey Kruse, P.C.
1050 Wilshire Drive
Suite 320
Troy, MI 48084

**Deliver To:**
Mr. Jason R. Mathers
Harvey Kruse, P.C.
1050 Wilshire Drive
Suite 320
Troy, MI 48084

**Rebill**



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Invoice #: | 506642 |
| Inv. Date: | 06/11/2012 |
| Balance: | $170.60 |
| Job #: | 120531SMC |
| Job Date: | 05/31/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



**Betler's Reporting & Legal Video Services, LLC**
526 Seventh Avenue
Huntington, WV 25701
304-522-9637

Tax ID: 20-8406202

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2012 | 4808 |

| Bill To |
|---|
| Jason R. Mathers, Esq.<br>Harvey Kruse, PC<br>1050 Wilshire Drive, Suite 320<br>Troy MI  48084 |

*Thank you for your Business!*

| Job No. | Reporter | Videographer |
|---|---|---|
| 120502D | EK | |

| Description | Item | Rate | Hours/Pages | Amount |
|---|---|---|---|---|
| 5/2/2012 - 10-CV-7995 - APB Associates, Inc. vs Bronco's Saloon, Inc., et al.<br>Deposition of Kris Miles | Copy - Transcript<br>Exhibit - B&W<br>Postage and Delivery | 1.90<br>0.40<br>3.10 | 82<br>21 | 155.80<br>8.40<br>3.10 |

RECEIVED MAY 16 2012 BY

*We now accept credit cards.*

| **Total** | $167.30 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $167.30 |

# INVOICE

Magna Legal Services  
Seven Penn Center  
1635 Market Street -8th Floor  
Philadelphia, PA  19103  
Phone:215.207.9460   Fax:215.207.9461  

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103421 | 8/27/2012 | 92675 |
| **Job Date** | **Case No.** | |
| 8/14/2012 | 2:09-cv-14959-SFC-RSW | |
| **Case Name** | | |
| APB Associates, Inc v. Bronco's Saloon Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Prew  
Harvey Kruse  
1050 Wilshire Drive  
Suite 320  
Troy, MI  48084  

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Robert Biggerstaff | 176.00 Pages | @ | 2.40 | 422.40 |
| 7-Day Expedited Delivery - Transcript Services Ordered Expedited | | | | 105.60 |
| Exhibit | 302.00 Pages | @ | 0.50 | 151.00 |
| Depo Disk/Lit Package | | | 35.00 | 35.00 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE >>>**   $729.00

Reference No.  : O

Job Location: Mt. Pleasant, S.C.

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245                                        Phone: 248.649.7800   Fax:248.649.2316

*Please detach bottom portion and return with payment.*

John Prew  
Harvey Kruse  
1050 Wilshire Drive  
Suite 320  
Troy, MI  48084  

Invoice No.    :  103421  
Invoice Date  :  8/27/2012  
**Total Due**      :  **$ 729.00**

Remit To: **Magna Legal Services LLC**  
**P.O. Box 822804**  
**Philadelphia, PA  19182-2804**

Job No.       :  92675  
BU ID         :  S.C.  
Case No.    :  2:09-cv-14959-SFC-RSW  
Case Name :  APB Associates, Inc v. Bronco's Saloon Inc., et al

# INVOICE

Magna Legal Services  
Seven Penn Center  
1635 Market Street -8th Floor  
Philadelphia, PA 19103  
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106754 | 10/31/2012 | 95149 |
| **Job Date** | **Case No.** | |
| 9/17/2012 | 2:09-cv-14959-SFC-RSW | |

| Case Name |
|---|
| APB Associates, Inc v. Bronco's Saloon Inc., et al |

| Payment Terms |
|---|
| Due upon receipt |

**RECEIVED NOV 05 2012 By_____**

John Prew  
Harvey Kruse  
1050 Wilshire Drive  
Suite 320  
Troy, MI  48084

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Robert Biggerstaff | 97.00 | Pages | @ | 3.85 | 373.45 |
| Exhibit | 122.00 | Pages | @ | 0.50 | 61.00 |
| Hourly Attendance | 2.50 | Hours | @ | 40.00 | 100.00 |
| Telephonic Pages | 97.00 | Pages | @ | 0.50 | 48.50 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |

TOTAL DUE >>>     **$632.95**

Reference No.   : O

Job Location: Mount Pleasant, SC

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245         Phone: 248.649.7800   Fax:248.649.2316

*Please detach bottom portion and return with payment.*

John Prew  
Harvey Kruse  
1050 Wilshire Drive  
Suite 320  
Troy, MI  48084

Job No.    : 95149         BU ID    : S.C.  
Case No.   : 2:09-cv-14959-SFC-RSW  
Case Name  : APB Associates, Inc v. Bronco's Saloon Inc., et al  
Invoice No. : 106754          Invoice Date  : 10/31/2012  
**Total Due  : $ 632.95**

Remit To: **Magna Legal Services LLC**  
**P.O. Box 822804**  
**Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name: _____  
Card Number: _____  
Exp. Date: _____   Phone#: _____  
Billing Address: _____  
Zip: _____   Card Security Code: _____  
Amount to Charge: _____  
Cardholder's Signature: _____




Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ416468



RECEIVED OCT 19 2012 By_____

JASON MATHERS, ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

| Invoice Date | 10/12/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/11/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/23/2012 | APB ASSOCIATES, INC. vs. BRONCO'S SALOON, | 372594 | 10/11/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/23/2012, CAROLINE ABRAHAM (EAST ELMHURST, NY) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (328 Pages) | $ 1,918.80 |
| EXHIBITS | $ 791.00 |
| VIDEO | $ 1,365.00 |
| APPEARANCE FEE FULL DAY | $ 120.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 30.00 |
| | $ 4,274.80 |
| DELIVERY | $ 50.00 |
| | $ 50.00 |

SHIPPED TO: MATHERS, JASON R. ESQ.
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084
MATTER NUMBER: 813396

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/26/2012** | **$ 4,324.80** |
| Amount Due After 11/26/2012 | $ 4,757.28 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**




| | |
|---|---|
| Invoice #: | EQ416468 |
| Payment Due: | 11/11/2012 |
| **Amount Due On/Before 11/26/2012** | **$ 4,324.80** |
| Amount Due After 11/26/2012 | $ 4,757.28 |

JASON MATHERS, ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

069 0000416468 10122012 3 000432480 8 11112012 11262012 8 000475728 47




Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



JOHN PREW ,ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ407353

| Invoice Date | 09/11/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/11/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/28/2012 | APB vs. BRONCO'S, ET AL. | 365244 | 09/10/2012 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 08/28/2012, RAY HORAK (TROY, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (102 Pages) | $ 237.66 |
| EXHIBITS | $ 574.20 |
| | $ 811.86 |

RECEIVED SEP 17 2012

**E-TRANS**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/26/2012** | **$ 811.86** |
| Amount Due After 10/26/2012 | $ 893.05 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 



JOHN PREW ,ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

| | |
|---|---|
| Invoice #: | EQ407353 |
| Payment Due: | 10/11/2012 |
| **Amount Due On/Before 10/26/2012** | **$ 811.86** |
| Amount Due After 10/26/2012 | $ 893.05 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

071 0000407353 09112012 4 000081186 8 10112012 10262012 8 000089305 39




**Esquire Solutions - Seattle**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009


RECEIVED OCT 22 2012 By

JASON MATHERS, ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

## Invoice # EQ416967

| Invoice Date | 10/15/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/14/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/02/2012 | APB ASSOCIATES, INC. vs. BRONCO'S SALOON, | 376003 | 10/12/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/02/2012, CHRISTOPHER LEE HOWARD (SEATTLE, WA) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (93 Pages) | $ 451.05 |
| EXHIBITS | $ 9.50 |
| APPEARANCE FEE MINIMUM | $ 144.00 |
| HANDLING FEE | $ 31.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 36.00 |
| | $ 671.55 |

*MATTER NUMBER: 813396*
*E TRAN*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/29/2012** | **$ 671.55** |
| Amount Due After 11/29/2012 | $ 738.71 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ416967 |
| Payment Due: | 11/14/2012 |
| **Amount Due On/Before 11/29/2012** | **$ 671.55** |
| Amount Due After 11/29/2012 | $ 738.71 |

JASON MATHERS, ESQ.
HARVEY KRUSE, PC - TROY
SUITE 320
1050 WILSHIRE DRIVE
TROY, MI 48084

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

036 0000416967 10152012 9 000067155 4 11142012 11292012 6 000073871 37