# EXHIBIT

# A

JOHN A. KRUSE
DENNIS M. GOEBEL
MICHAEL F. SCHMIDT
JAMES SUKKAR
DALE R. BURMEISTER
GARY L. STEC
WILLIAM F. RIVARD
MICHAEL J. GUSS
JOHN R. PREW
JASON R. MATHERS
ANNE V. McARDLE
DAHLIA H. DALLO
NATHAN G. PEPLINSKI
ANTHONY J. SUKKAR

# HARVEY | KRUSE, P.C.

A t t o r n e y s  &  C o u n s e l o r s
Dedicated to Excellence Since 1969

LANAE L. MONERA
KIMBERLY A. KARDASZ
MICHAEL D. CUMMINGS
DAVID G. MOLL
GREGORY P. LAVOY
ANTHONY M. SGARA
CHRISTOPHER D. MESSING
BRENT R. SCOTT
MEAGHAN B. McKAY

1050 WILSHIRE DRIVE
SUITE 320
TROY, MICHIGAN 48084-1526
248-649-7800
FAX 248-649-2316
www.harveykruse.com

OF COUNSEL
DENISE P. HICKEY
MICHAEL T. SMALL

5206 GATEWAY CENTRE, SUITE 200
FLINT, MICHIGAN 48507
810-230-1000
FAX 810-230-0844

60 MONROE CENTER NW
500B FIRST COMMUNITY BANK BUILDING
GRAND RAPIDS, MICHIGAN 49503-2926
616-771-0050
FAX 616-776-3646

RICHARD A. HARVEY
1922-2001
PAUL B. HYNES
1946-2005

February 8, 2016

Brian J. Wanca, Esq.
ANDERSON & WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

## VIA CERTIFIED MAIL

Re:   *APB Associates, Inc., et al, v Bronco's Saloon, Inc., et al*
      USDC Eastern District of Michigan Case No. 2:09-cv-14959
      O/F No. 813396

Dear Mr. Wanca:

Enclosed please find a check in the amount of $1,500.00 made payable to APB Associates, Inc., which is being tendered in satisfaction of Defendants', Bronco's Saloon, Inc., Bronco's Entertainment, Ltd., River Entertainment, LLC, and 31650 West Eight Mile, Inc., judgment entered by the Court in this matter, and to serve as final settlement and resolution of your client's TCPA claims in the above referenced matter.

Very truly yours,

John R. Prew

Jason R. Mathers

Enclosure



**Badger Mutual** INSURANCE

| | |
|---|---|
| CLAIM # | X000522001 |
| LOSS DATE | 2/27/2006 |
| POLICY # | 0034808164 |
| INSURED | PALOMINO ENTERPRISES INC |
| REASON | STATUTORY PENELTY |

56-1368
441

CHECK NO. **0000769330**

DATE  2/02/2016

NOT VALID AFTER 2/02/2017

PAY TO THE ORDER OF
**APB ASSOCIATES INC**

CHECK AMOUNT

$****1,500.00

*One thousand five hundred and 00/100 Dollars*

JPMorgan Chase Bank

HARVEY / KRAUSE
1050 WILSHIRE DRIVE STE 320
TROY, MI 48084-1526

*Daniel M Kane*
President

⑆0000769330⑆ ⑈044115443⑈ 61628 2653⑆