## REQUEST FOR EXCLUSION FROM CLASS

To: U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

Phillip A. Bock
APB – Opt Out Request
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602

Jason J. Thompson
APB – Opt Out Request
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076

Re: *APB Associates, Inc. v. Bronco's Saloon, Inc., et al*,
Case No. 09-CV14959-SFC-RSW

The undersigned hereby wishes to be excluded as a class-member plaintiff in this case.

Name of person or company on whose behalf this form is filed:

*Nick Foranso*

DEARBORN AVENUE BISTRO, INC.
DBA BT'S ENTERTAINMENT
14417 MICHIGAN AVE.
DEARBORN, MI 48126

Fax Number of person or company in February, 2006:

313-584-3601

Signature of person or representative of the company filing this form:

Date: 7/1/2016

This form must be sent to both the Court and at least one of the attorneys for Plaintiff at the addresses listed above, postmarked on or before **August 15, 2016.**

**ATTACHMENT 1**

3