UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APB ASSOCIATES, INC.,
a Michigan corporation,
individually and as the
representative of a class
of similarly-situated persons,

        Plaintiff,

v.

BRONCO'S SALOON, INC., BRONCO'S
ENTERTAINMENT, LTD, T&R ENTERPRISES,
INC., RIVER ENTERTAINMENT LLC and
31650 WEST EIGHT MILE, INC.,

        Defendants.

Case No. 2:09-14959
Hon: Sean F. Cox

---

JASON J. THOMPSON (P47184)
**Sommers Schwartz, P.C.**
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300 / f-(248) 436-8453
jthompson@sommerspc.com

BRIAN J. WANCA
RYAN M. KELLY
**Anderson & Wanca**
Co-counsel for Plaintiff
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 / 1501

JOHN R. PREW (P41891)
**Harvey Kruse, P.C.**
Attorney for Bronco's Saloon, Bronco's Entertainment, River Entertainment
and 31650 West Eight Mile, Inc.
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(248) 649-7800 \ 2316
jprew@harveykruse.com

BOBBY R. PEPLINSKI (P74667)
**kallas & henk pc**
Attorney for Defendant, T&R Enterprises
43902 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48302
Wgeik@kallashenk.com
(248) 335-5450, Ext. 206

PHILLIP A. BOCK
**Bock & Hatch, LLC**
Co-counsel for Plaintiff
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
(312) 658-5555

---

**STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEY**

This matter having come before the Court upon the Stipulation and Consent of Substitution of Attorneys, the Court being otherwise fully informed;

**WE HEREBY STIPULATE AND CONSENT** to the substitution of John F. Fleming, as attorney for Defendant, T&R Enterprises, Inc, in the place and stead of Bobby R. Peplinski in the above entitled action.

**IT IS HEREBY ORDERED** that attorney for Defendant, T&R Enterprises, Inc, shall be and hereby is substituted by John F. Fleming in the place and stead of Bobby R. Peplinski.

**IT IS FURTHER ORDERED** that this is not a final Order and does not close this file.

Dated: August 29, 2016        S/Sean F. Cox
                              Sean F. Cox
                              United States District Judge


I Stipulate to the Entry of This Order:

/s/John F. Fleming

JOHN F. FLEMING, P43323

/s/Bobby R. Peplinski

BOBBY R. PEPLINSKI (P74667)

2