IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| APB ASSOCIATES, INC., a Michigan corporation, individually and as the representative of a class of similarly situated persons,<br>    Plaintiff,<br>      v.<br><br>BRONCO'S SALOON, INC., BRONCO'S ENTERTAINMENT, LTD., T&R ENTERPRISES, INC., RIVER ENTERTAINMENT LLC, and 31650 WEST EIGHT MILE, INC.<br><br>    Defendants. | No. 09-CV-14959 |

**PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT APPLICABLE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF AGREED MOTION FOR PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS**

Plaintiffs move this Court pursuant to L.R. 7.1(d)(3) for leave to exceed the page limit applicable to Plaintiff's Memorandum in Support of Agreed Motion for Preliminary Approval of Revised Class Action Settlement and Notice to the Class, filed with this Court as Doc. # 147 on July 11, 2018. Plaintiff requests a 15-page extension, for a total of 40 pages, to present the relevant issues surrounding relevant case history, the Court's opinion denying approval of the *Machesney* settlement, and the terms and benefits of the revised, proposed agreement.

A proposed order is attached as Exhibit A and has been submitted under the utilities link on the ECF system.

Respectfully submitted,

s/ Phillip A. Bock
One of Plaintiff's attorneys

Jason J. Thompson
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Telephone: 800/783-0989
Email: jthompson@sommerspc.com

Phillip A. Bock
Tod A. Lewis
David M. Oppenheim
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500
Email: phil@classlawyers.com

Counsel for the Certified Plaintiff Class

## CERTIFICATE OF E-FILING AND SERVICE

      I hereby certify that on July 11, 2018, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

s/ Phillip A. Bock