# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

APB ASSOCIATES, INC., a Michigan corporation, individually and as the representative of a class of similarly situated persons,

      Plaintiff,

      v.

BRONCO'S SALOON, INC., BRONCO'S ENTERTAINMENT, LTD., T&R ENTERPRISES, INC., RIVER ENTERTAINMENT LLC, and 31650 WEST EIGHT MILE, INC.,

      Defendants.

Case No. 2:09-cv-14959-SFC-RSW
Hon. Sean F. Cox

_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF COSTS AND ATTORNEYS' FEE AWARD

Plaintiffs, having filed their Motion for Approval of Costs and Attorneys' Fee Award, and the matter having come before the Court for a fairness hearing on December 20, 2018:

IT IS HEREBY ORDERED: that Plaintiff's motion is GRANTED;

IT IS FURTHER ORDERED THAT: Attorneys' fees in the amount of $680,333.33 and $52,614.75 in expenses advanced in this litigation be paid from the common benefit fund.

SO ORDERED

Dated:  December 20, 2018                               s/Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge

I hereby certify that on December 20, 2018, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                        s/Jennifer McCoy
                                                        Case Manager